# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Richard L. Sills
address redacted

(Name and Address of Defendant)

FILED
OCT 0 6 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CRIMINAL COMPLAINT

CASE NUMBER: 16- mj - 4059

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 5, 2016 in Peoria County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

knowingly receive a visual depiction using any means or facility of interstate commerce and in and affecting interstate commerce, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct (See Attached Pages for Counts 1-3)

in violation of 18 United States Code, Section(s) 2252(a)(2) & (b)(1).

I further state that I am a(n) TFO Homeland Security Investigations and that this complaint is based on the following facts:

Name

See attached Affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/ Steven C. Smith

Steve Smith, TFO HSI

Name of Complainant                                 Signature of Complainant

Sworn to before me and subscribed in my presence,

October 6, 2016                          at    Peoria, Illinois
Date                                            City and State

Jonathan E. Hawley                              s/ Jonathan E. Hawley
United States Magistrate Judge

Name & Title of Judicial Officer                Signature of Judicial Officer

## COUNT ONE
(Receipt of Child Pornography)

1. On or about September 5, 2016, in Peoria County, in the Central District of Illinois, the defendant, **RICHARD L. SILLS**, knowingly received a visual depiction, that is, the file titled, "snapshot20060902013107.jpg", using a means and facility of interstate commerce.

2. The production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TWO
(Receipt of Child Pornography)

1. On or about September 5, 2016, in Peoria County, in the Central District of Illinois, the defendant, **RICHARD L. SILLS,** knowingly received a visual depiction, that is, the file titled, "snapshot20060902012651.jpg", using a means and facility of interstate commerce.

2. The production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THREE
(Receipt of Child Pornography)

1. On or about September 5, 2016, in Peoria County, in the Central District of Illinois, the defendant, **RICHARD L. SILLS**, knowingly received a visual depiction, that is, the file titled, "!!!!NEWBABYkim.avi", using a means and facility of interstate commerce.

2. The production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Investigator Steven C. Smith, being duly sworn, depose and state as follows:

1. I am a Detective with the Washington, Illinois, Police Department and I have been employed as a police officer since 2003. I am currently assigned as a Task Force Officer (TFO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Springfield, Illinois. As part of my responsibilities as an HSI TFO, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media. I have received training in the area of peer-to-peer trading of child pornography and other files and child exploitation offenses. I have been the affiant for over 15 state search warrants and over 100 state arrest warrants. I have also participated in the execution of numerous state and federal search warrants that were based on alleged child exploitation and/or child pornography offenses.

2. As a federal Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. The facts set forth in this affidavit are based on my personal knowledge and investigation. This affidavit is also based on knowledge I obtained from other individuals, including other law enforcement officers, my review of documents related to this investigation, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

1

4.  I make this affidavit in support of a criminal complaint and arrest for Richard SILLS (hereinafter referred to as "SILLS"). As will be shown below, there is probable cause to believe that SILLS received and possessed visual depictions of persons under the age of 18 engaged in sexually explicit conduct (as defined in 18 U.S.C. § 2256) in violation of Title 18, United States Code, Section 2252(a)(2)(A) and 2252 (a)(4)(B).

5.  Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that SILLS committed violations of Title 18, United States Code, Section 2252(a)(2)(A) and 2252(a)(4)(B).

## RELEVANT STATUTES

6.  This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2)(A) which prohibits a person from knowingly receiving or distributing, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct. A second relevant statute is 18 U.S.C. § 2252(a)(4)(B) which prohibits a person from knowingly possessing, or knowingly accessing with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or

transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

## PROBABLE CAUSE

### BITTORRENT AND PEER-TO-PEER FILE-SHARING NETWORKS

7. Based on my training and experience, I know the following regarding peer-to-peer (P2P) file-sharing networks, P2P client software programs, and the BitTorrent P2P file-sharing network.

8. P2P file-sharing is a method of communication available to Internet users through the use of special software programs. P2P file-sharing programs allow groups of computers using the same file-sharing network and protocols to transfer digital files from one computer system to another while connected to a network, usually on the Internet. There are multiple types of P2P file-sharing networks on the Internet. To connect to a particular P2P file-sharing network, a user first obtains a P2P client software program for a particular P2P file-sharing network, which can be downloaded from the Internet. A particular P2P file-sharing network may have many different P2P client software programs that allow access to that particular P2P file-sharing network. Additionally, a particular P2P client software program may be able to access multiple P2P file-sharing networks. These P2P client software programs share common protocols for network access and file-sharing. The user interface, features, and configurations may vary between clients and versions of the same client.

3

9.  In general, P2P client software allows the user to set up file(s) on a computer to be shared on a P2P file-sharing network with other users running compatible P2P client software. A user can also obtain files by opening the P2P client software on the user's computer and conducting a search for files that are of interest and currently being shared on a P2P file-sharing network.

10. P2P file-sharing networks, including the BitTorrent network, are frequently used to trade digital files of child pornography. These files include both image and movie files.

### Investigation

11. On Tuesday, August 30, 2016, I was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. I directed my investigation to an internet connected device (Suspect Device) at IP address 74.120.200.37 (Subject IP Address). The Suspect Device was associated with a torrent file with the info hash 33e543a7261aadbac64350147f6390484d462f4d. The torrent file references 22 files, at least one of which having been identified as a file of investigative interest in child pornography investigations.

12. Using a computer running investigative BitTorrent software, I directly connected to the Suspect Device at the Subject IP Address. The Suspect Device reported it was using BitTorrent client software -UT3480- µTorrent 3.4.8.

13. Between 1844 hours on August 30, 2016, and 0902 hours on August 31, 2016, I completely or partially downloaded 16 files that the Suspect Device at the Subject IP Address was making available for download. These downloads came directly and solely from the Suspect Device.

4

14. I have personally viewed the downloaded files, which comprise mostly of digital videos. From my review of these files, it is my opinion that at least three of the files constitute child pornography, as defined by Title 18, United States Code, Section 2256(8).

15. Between 1916 hours and 1219 hours on September 7, 2015, I downloaded two video files that the Suspect Device at the Subject IP Address was making available for download. This download came directly and solely from the Suspect Device.

16. I have personally viewed the downloaded video files. From my review of, it is my opinion that the files constitute child pornography, as defined by Title 18, United States Code, Section 2256(8).

17. Between 0037 hours on September 6, 2016, and 0000 hours on September 9, 2015, I downloaded more than 10 video files and more than 10 digital images that the Suspect Device at the Subject IP Address was making available for download. This download came directly and solely from the Suspect Device.

18. I have personally viewed the downloaded files. From my review of, it is my opinion that many of the files constitute child pornography, as defined by Title 18, United States Code, Section 2256(8).

19. I subsequently learned through my investigation that the Subject IP Address was registered in the Mapleton, Illinois area by the Internet Service Provider, Tel-Star Communications, Inc.

20. In response to a DHS Summons sent on September 6, 2016, Tel-Star Communications, Inc., reported that the Subject IP Address is assigned to Richard Sills at the SUBJECT PREMISES.

21. In response to a DHS Summons sent on September 16, 2016, Tel-Star Communications, Inc., reported that the Subject IP Address is assigned to Richard Sills at the SUBJECT PREMISES.

22. A query of Illinois Secretary of State (SOS) records showed that as of September 6, 2016, Richard Sills (D.O.B. 10/15/1955) has a valid Illinois' driver's license with a listed address at the SUBJECT PREMISES.

23. Illinois SOS records also show that Richard Sills has a 2001 Chevrolet Pickup (Illinois Registration Plate: 1791183B) and a 2005 Chevrolet Pickup (Illinois Registration Plate: 1484209B) registered to him at the SUBJECT PREMSIES.

24. The information provided by Tel-Star Communications, Inc., and the Illinois SOS indicate Richard Sills lives at 9100 S. Deer Trail Run, Mapleton, Peoria County, Illinois. An Internet and in-person search of S. Deer Trail revealed that 9100 S. Deer Trail, Mapleton, Peoria County, Illinois does not exist. Only 9100 Deer Trail, Mapleton, Peoria County, Illinois exist.

25. The Peoria Police Department provided a police report regarding Richard Sills. In this report (Report Number 88-00012436 – Dated 5/23/1988), Richard Sills admitted that he had sexual contact with his seven-year-old daughter (T.S.) over a three-year period. Richard Sills admitted that he performed oral sex on T.S. The report also notes that T.S.'s sister (V.S.) stated that Richard Sills sexually abused her too.

26. On or about November 30, 1988, Richard Sills pleaded guilty in Peoria County Case 88-CF-251 to Criminal Sexual Assault.

27. On or about October 10, 1997, Richard Sills plead guilty in Peoria County Case 95-CF-833 to Aggravated Criminal Sexual Abuse.

28. The Peoria County Sheriff's Office provided several police reports regarding. Richard Sills. In one report specifically (Report Number 10-00003886 – Dated 4/26/2010), Teresa Sills, Richard Sill's now ex-wife, reported that she believed Richard Sill's computer contained child pornography. Teresa believed this because of a list of website subscriptions Richard Sills had Teresa reportedly her beliefs to the Peoria County Sheriff's Office. Detectives with the sheriff's office viewed the websites and determined the girls were young, but were of consenting age.

29. On Tuesday, October 4, 2016, I obtained a search warrant for the SUBJECT PREMISES from United States District Court for the Central District of Illinois. The search warrant commanded the search of the SUBJECT PREMISES for evidence of federal child pornography offense.

30. On Wednesday, October 5, 2016, I, and other agents with Homeland Security Investigations executed the aforementioned search warrant at the SUBJECT PREMISES. At that time, agents made contact with SILLS and informed him that we were there to execute the aforementioned search warrant.

31. Before speaking to SILLS, I advised him of his Miranda Rights. SILLS agreed to speak with me and Special Agent Eric Bowers, who was present in the interview room.

32. During the interview with SILLS acknowledged downloading the software program BitTorrent from the Internet. SILLS stated that he used BitTorrent to download movies, including adult and child pornography. SILLS believed he has been using the BitTorrent program for several years. Sills added that he has been downloading child pornography since the mid-1990s.

33. SILLS said he is solely responsible for any and all child pornography we find on

7

his computer. SILLS added that he received his child pornography through the BitTorrent program.

34. SILLS stated that he searched for child pornography and has downloaded torrent files containing child pornography. Sills added that he believed his computer contained about 500 child pornography files.

35. SILLS stated that he masturbated while watching the videos containing child pornography. Sills added that he sometimes used sex toys while masturbating to the videos containing child pornography.

36. SILLS stated that he deleted some of the files containing child pornography, but kept some of the files. Sills added that he believed the files would be kept in his download folder by the BitTorrent program.

37. A forensic exam SILL'S HP Laptop computer revealed several files containing child pornography in a folder entitled, "Downloads". The forensic exam also revealed at least three files that I downloaded from SILLS were still on his computer. Those files are listed below by their name, SHA-1 Hash Value, description, date and time the file was created on SILL'S HP Laptop computer, and file path:

   a. **snapshot20060902013107.jpg;**

**5JYLADSBUS7MYT6B6MWQJW6P23FYZ2U6**

This still image depicts a female, approximately 6 to 9 years old placing her right hand on a male's erect penis. The female is not wearing a shirt. The female is not wearing any clothing that would cover her breast;

**09/05/16 02:27:54PM;**

**D\Users\Rick\Downloads\cp original\snapshot20060902013107.jpg**

8

  b.  **snapshot20060902012651.jpg;**

**JP5YZIQWKX622R6KHV3GOMQSV3CM3UUK;**

This still image depicts a female, approximately 6 to 9 years old performing oral sex on a male. The male has his erect penis underneath stuffed animal;

**09/05/16 06:16:05PM;**

**D\Users\Rick\Downloads\cp original\snapshot20060902012651.jpg**

  c.  **!!!!NEWBABYkim.avi;**

**VFAT26AXS7LYYGHAWJODO6YDOUJEKLEE;**

This video, which last approximately 4 minutes and 3 seconds, depicts a female approximately 0 to 2 years old, and an adult male. In the beginning, the female does not have a diaper or underwear on. The camera focuses on the female's vagina. The male uses his fingers to spread the female's labia. The male then rubs his penis against the female's vagina. The video then depicts the male sitting down. The male picks up the female and holds her over his penis. The male places his erect penis between the female's legs. The video then depicts the female on her back with the male placing his erect penis near the opening of the female's anus. The video then depicts an unknown item inserted into the female's vagina. The item is clear with purple coloring. A male then performs cunnilingus on the female. The male then places his finger against the female's vagina.

**09/05/16 07:09:52PM;**

**D\Users\Rick\Downloads\multiple vids\!!!!NEWBABYkim.avi**

  38. It is my belief, based on SILLS's statements and the information collected during the forensic examination, that SILLS downloaded the files noted in Paragraph 37 files on or about the file creation time using the BitTorrent program on his HP Laptop computer.

39.    SILLS stated that if law enforcement took his computers that he would probably buy another one.  SILLS added that he would probably download child pornography files again.

40.    SILLS stated that he has a desire to be with children and that watching files containing child pornography fulfills his desire to be with children.

41.    Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Matthew SILLS has committed the offenses alleged in the attached criminal complaint to include possession and receipt of child pornography and that accordingly a warrant for his arrest for said violation should be issued.

Further, affiant sayeth not.    s/ Steven C. Smith

STEVEN C. SMITH
Investigator, Washington Police Department
Task Force Officer DHS/ICE

Sworn and subscribed before me this 6th day of October 2016.
s/ Jonathan E. Hawley

Jonathan E. Hawley
UNITED STATES MAGISTRATE JUDGE