E-FILED
Tuesday, 18 October, 2016 04:17:00 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 18 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-10049 |
| | ) | |
| RICHARD L. SILLS, | ) | VIO: 18 U.S.C. §§ 2252(a)(2) and |
| | ) | (b)(1); 18 U.S.C. §§ 2252(a)(4)(B) |
| Defendant. | ) | and (b)(2); and 2253. |

## INDICTMENT

### COUNT ONE
(Receipt of Child Pornography)

THE GRAND JURY CHARGES THAT:

1. On or about September 5, 2016, in Peoria County, in the Central District of Illinois, the defendant, **RICHARD L. SILLS,** knowingly received a visual depiction, that is, the file titled, "snapshot20060902013107.jpg", using a means and facility of interstate commerce.

2. The production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**COUNT TWO**
(Receipt of Child Pornography)

1. On or about September 5, 2016, in Peoria County, in the Central District of Illinois, the defendant, **RICHARD L. SILLS,** knowingly received a visual depiction, that is, the file titled, "snapshot20060902012651.jpg", using a means and facility of interstate commerce.

2. The production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**COUNT THREE**
(Receipt of Child Pornography)

1. On or about September 5, 2016, in Peoria County, in the Central District of Illinois, the defendant, **RICHARD L. SILLS,** knowingly received a visual depiction, that is, the file titled, "!!!!NEWBABYkim.avi", using a means and facility of interstate commerce.

2. The production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**COUNT FOUR**
(Possession of Child Pornography)

1. On or about October 5, 2016, in Peoria County, in the Central District of Illinois, the defendant,

**RICHARD L. SILLS,**

did knowingly possess a computer, namely a HP laptop computer, model HPDV7T, that contained visual depictions other than those specified in Counts One, Two, and Three, where such visual depictions involved the use of minors engaging in sexually explicit conduct and were of such conduct.

2. The visual depictions had been previously shipped and transported using a means and facility of interstate commerce.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**FORFEITURE NOTICE**

1. The charges contained in Counts One, Two, Three, and Four are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in One, Two, Three, and Four, the defendant,

**RICHARD L. SILLS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in One, Two, Three, and Four of this Indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in One, Two, Three, and Four of this Indictment; and

c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in One, Two, Three, and Four of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- HP laptop computer, model HPDV7T, serial# SCX0492W6S

All pursuant to Title 18, United States Code, Section 2253.

A true bill.

s/ foreperson

Foreperson

s/ K.G. Legge

JAMES A. LEWIS
UNITED STATES ATTORNEY