E-FILED
Monday, 12 June, 2017 11:15:33 AM
Clerk, U.S. District Court, ILCD

# Certificate Of Completion

This Certifies That

## Richard L. Sills

has satisfactorily completed the requirements for

## Basic Bible Course

And is hereby awarded this certificate
By

## Berean Prison Ministries

Paul D. Minister

Chaplain

Peoria, Illinois
June 6, 2017

**Jobs Partnership**
*Offering a helping hand*

# Certificate of Completion

## Richard Sills

Keys to Personal and Professional Success

*presented by*

Jobs Partnership

February 15, 2017

| | | |
|---|---|---|
| Ron Budzinski<br>Facilitator | Stan Irving<br>Facilitator | Jim Matarelli<br>Facilitator |