IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF Illinois
AT PEORIA

UNITE STATES OF AMERICA
    Plaintiff

V.

Richard L. Sills
    Defendant

No. 16-CR-10049
Hon. Michael M. Mihm
Reconsider APPT. ATTORNEY

Now comes defendant Richard L. Sills, seeking the courts approval for appointment of councel in the above matter. Mr. Sills att. Joel Brown contacted defendant distinguishing the reasons why He wanted to withdraw as said councel (with a strict deadline for response)

ATT. Browns corrospondance outlined the continuing[1] conflict of interest between himself and Mr. Sills. Mr. Sills Took this opportunity to recieve another ATT. that would not have a conflict of interest from the onset.

Mr. Sills was to the understanding[2] that an attourney would be appointed by this Honorable court.[3] Otherwise Mr. Sills would not of agreed to ATT. Browns filing his withdrawal motion.[4]

Mr. Sills is incappable of filing an appeal in this matter[5] due to not being an attorney or being learned in law. If this Honorable Court does not reconsider and appoint mr Sills an Attorney this court

effectively haults Mr. Sills Constitutional Right To Appeal.

Mr. Sills begs this Honorable court To Appoint a new Attorney. As A last Resort Reappoint Att. Brown so Mr. Sills will be Afforded his constitutional Right To Appeal.

Respectfully Submitted
Defendent Richard L. Sills
#21766-026
FCI EIKTON
P.O. Box 10
Lisbon, OH. 44432

## Certificate of Service

I hereby certify that on Febuary 8, 2021, I deposited with the USPS via certified mail To the Clerk of the circuit court, 100 N.E. Monroe ST Room 309 Peoria, IL 61602

Richard L. Sills
21766-026
FCI EIKTON
PO Box 10
Lisbon, OH. 44432

# Footnotes

1. Att. Brown absolutly refused to let Mr. Sills participate stating "You (Mr Sills) do not need to approve or disapprove of any of my work, I am the Att. I am in control and require no input from you. I will continue as I see fit in this matter or you can represent yourself.

2. Per Attorney Brown

3. If Attorney Brown was granted his withdrawl motion.

4. Having an Attorney that has a conflict with you is better than having no Attorney at all.

5. Mr. Sills was unable to even compose this simple motion without seeking help.

NAME: Richard Sills
REG.#: 21266-026
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

CERTIFIED MAIL

7020 1290 0002 2624 7556

Office of the Clerk
US District Court
100 N.E. Monroe St
Room 309
Peoria IL 61602

